Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LISA MARIE HALE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LISA MARIE HALE, | Case No.: 2:16-CV-01677 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lisa Marie Hale ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 15, 2017; and that Defendant shall have until April 14, 2017, to file her opposition. Any reply by plaintiff will be due May 4, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 17, 2017  Respectfully submitted,

           LAW OFFICES OF LAWRENCE D. ROHLFING

           /s/ *Steven G. Rosales*
           BY: _____
           Steven G. Rosales
           Attorney for plaintiff LISA MARIE HALE

DATED:  January 23, 2017  Phillip A. Talbert
           United States Attorney


           */S/- Ann L. Maley

           _____
           Ann L. Maley
           Special Assistant United States Attorney
           Attorney for Defendant
           [*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including March 15, 2017, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to April 14, 2017
4  to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due
5  May 4, 2017.
6      IT IS SO ORDERED.

7

8  Dated:  January 26, 2017

9                                                                       CRAIG M. KELLISON
10                                                                     UNITED STATES MAGISTRATE JUDGE