1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LISA MARIE HALE,                    No. 2:16-CV-1677-CMK

12                  Plaintiff,

13          vs.                          <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                   Defendant.
16
     _____/
17

18          Plaintiff, who is proceeding with retained counsel, brings this action under

19   42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20   Pursuant to the written consent of all parties, this case is before the undersigned as the presiding

21   judge for all purposes, including entry of final judgment.  <u>See</u> 28 U.S.C. § 636(c).  The parties

22   have filed a stipulation of voluntary dismissal.  Because the stipulation has been signed by all

23   parties who have appeared, leave of court is not required and the action is dismissed on the

24   / / /

25   / / /

26   / / /

                                        1

parties' notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.


DATED: May 4, 2017

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE